1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
      450 Golden Gate Ave., P.O. Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6940
7     Facsimile: (415) 436-7234
      kirstin.ault@usdoj.gov
8

9  Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,            ) No. CR 08-00307 MHP
                                          )
14 |     Plaintiff,                       ) STIPULATION AND [PROPOSED]
                                          ) PROTECTIVE ORDER RE: DISCOVERY
15 |   v.                                 ) OF PERSONAL AND FINANCIAL
                                          ) INFORMATION
16 | SARKIS MADJARIAN,                    )
     ARTASHES TER MKRTICHYAN, and         )
17 | SERGE ZADIKIAN,                      )
                                          )
18 |     Defendants.                      )
                                          )
19 |_____)

20        With the agreement of the parties, and with the consent of the defendant, the Court enters
21   the following order:
22        Defendant Sarkis Madjarian is charged with one count of conspiracy, in violation of 18
23   U.S.C. §371; thirteen counts of bank fraud, in violation of 18 U.S.C. § 1344; four counts of
24   aggravated identity theft, in violation of 18 U.S.C. §1028A; and one count of access device fraud,
25   in violation of 18 U.S.C. §1029. Upon request, the United States will produce to counsel for the
26   defendant discovery that contains personal identifying information, including social security
27   numbers, birth dates and driver's license numbers, and private financial information, including
28   account numbers and locations, pertaining to the victims in this case. Pursuant to Federal Rule of

PROTECTIVE ORDER
[CR 08-00307 MHP]

Criminal Procedure 16, the government requests that disclosure of these materials be subject to the following restrictions:

1. Except when being actively examined for the purpose of the preparation of the defense of defendant Sarkis Madjarian, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel ("private documents") shall be maintained in a locked, safe, and secure office, drawer, cabinet, or safe which is accessible only to defense counsel, employees of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator. Defense counsel, members of his or her law firm, the defendant, and the investigator shall not permit any person access of any kind to the private documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2. The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Sarkis Madjarian and for no other purpose:

   a) Counsel for defendant;

   b) Employees of the counsel for the defendant's law office who are assisting with the preparation of Sarkis Madjarian's defense;

   c) Defendant Sarkis Madjarian and third-party fact witnesses, but only in the presence of defense counsel or another authorized person listed in this paragraph;

   d) Investigators or experts retained by the defendant or his counsel to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this order shall be maintained with the documents at all times.

4. All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy

1 | of this Order acknowledging that

2       a)     they have reviewed the Order;

3       b)     they understand its contents;

4       c)     they agree that they will only access the documents and information for the purposes of preparing a defense for defendant Sarkis Madjarian;

6       d)     they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

5. No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6. Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

7. Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

8. Within five court days of the judgment and sentencing hearing in this matter, or dismissal of the charges, all private documents provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government. The Government shall destroy them. If defendant believes that he must maintain the material for any

///
///
///
///
///

1  reason related to appeal, defendant must seek authorization from the District Court within ten
2  days of the filing of a judgment in this matter.

3
4  STIPULATED:
5
6  DATED: July 17, 08
7  GARO GHAZARIAN
   Attorney for Defendant Madjarian
8
9  DATED: July 24, 2008
10 KIRSTIN M. AULT
   Assistant United States Attorney
11
12     IT IS SO ORDERED that disclosure of the above-described discovery materials shall be
13 restricted as set forth above.
14
15 DATED: 7/30/08
16 MARILYN HALL PATEL
   United States District Judge

PROTECTIVE ORDER
[CR 08-00307 MHP]                           4