JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

> 450 Golden Gate Ave., Box 36055
> San Francisco, California 94102
> Telephone: (415) 436-6940
> Facsimile: (415) 436-7234
> E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SARKIS MADJARIAN,<br>ARTASHES TER MKRTICHYAN, and<br>SERGE ZADIKIAN,<br><br>    Defendants. | No.   CR 08-00307 MMC<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 3, 2008, TO NOVEMBER 5, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

   On September 3, 2008, the parties appeared before the Honorable Maxine M. Chesney for an initial appearance. At that appearance, counsel for defendant Ter Mkrtichyan indicated that he was beginning a murder trial in state court that he anticipated would last for approximately three months. In addition, counsel for all defendants stated that they needed time to review discovery and prepare to defend the case. The Court set an appearance date of November 5, 2008 for status and trial setting. The Court ordered that time should be excluded from the Speedy Trial Act calculation from September 3, 2008, through November 5, 2008, for effective preparation and continuity of defense counsel.

1    With the agreement of the parties, and with the consent of the defendants, the Court
2 enters this order documenting the exclusion of time under the Speedy Trial Act first from
3 September 3, 2008, through November 5, 2008, for the effective preparation and continuity of
4 defense counsel, under 18 U.S.C. § 3161(h)(8)(A).
5    The parties agree, and the Court finds and holds, as follows:
6    1.  The defendants are out of custody.
7    2.  The defendants agree to an exclusion of time under the Speedy Trial Act from
8 September 3, 2008, through November 5, 2008, based upon the need for effective preparation
9 and continuity of defense counsel so that defense counsel can review discovery regarding the
10 charges in this matter and because counsel for defendant Ter Mkrtichyan will be unavailable
11 during the time period to be excluded.
12    3.  Counsel for the defense believes that the exclusion of time is in their clients' best
13 interest.
14    4.  Given these circumstances, the Court finds that the ends of justice served by
15 excluding
16 the period from September 3, 2008, through November 5, 2008, outweigh the best interest of the
17 public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
18    5.  Accordingly, and with the consent of the defendants, the Court orders that (1) an
19 appearance shall be set on November 5, 2008, at 2:30 p.m. before the Honorable Maxine M.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///
///

Chesney; and (2) the period from September 3, 2008, through November 5, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____          _____
                                GARO GHAZARIAN
                                Attorney for Defendant Madjarian


DATED:_____          _____
                                THOMAS V. JOHNSTON
                                Attorney for Defendant Zadikian


DATED:_____          _____
                                MARK ROSENBUSH
                                Attorney for Defendant Ter Mkrtichyan


DATED:_____          _____
                                KIRSTIN M. AULT
                                Assistant United States Attorney


IT IS SO ORDERED.

DATED:_____          _____
                                MAXINE M. CHESNEY
                                United States District Judge

1  Chesney; and (2) the period from September 3, 2008, through November 5, 2008, shall be
2  excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
3  STIPULATED:

5  DATED:_____
   GARO GHAZARIAN
   Attorney for Defendant Madjarian

8  DATED:_____
   THOMAS V. JOHNSTON
   Attorney for Defendant Zadikian

11 DATED:_____
   MARK ROSENBUSH
   Attorney for Defendant Ter Mkrtichyan

14 DATED: 10/3/08
   KIRSTIN M. AULT
   Assistant United States Attorney

18 IT IS SO ORDERED.

20 DATED:_____
   MAXINE M. CHESNEY
   United States District Judge

3

Chesney; and (2) the period from September 3, 2008, through November 5, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 9/17/08

_____
GARO GHAZARIAN
Attorney for Defendant Madjarian

DATED:_____

_____
THOMAS V. JOHNSTON
Attorney for Defendant Zadikian

DATED:_____

_____
MARK ROSENBUSH
Attorney for Defendant Ter Mkrtichyan

DATED:_____

_____
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

_____
MAXINE M. CHESNEY
United States District Judge

3

1 | Chesney; and (2) the period from September 3, 2008, through November 5, 2008, shall be
2 | excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
3 | STIPULATED:
4 |
5 | DATED:_____
6 | GARO GHAZARIAN
   | Attorney for Defendant Madjarian
7 |
8 | DATED: 9-19-08
9 | THOMAS V. JOHNSTON
   | Attorney for Defendant Zadikian
10 |
11 | DATED:_____
12 | MARK ROSENBUSH
   | Attorney for Defendant Ter Mkrtichyan
13 |
14 | DATED:_____
15 | KIRSTIN M. AULT
   | Assistant United States Attorney
16 |
17 |
18 | IT IS SO ORDERED.
19 |
20 | DATED:_____
21 | MAXINE M. CHESNEY
   | United States District Judge

3

1. Chesney; and (2) the period from September 3, 2008, through November 5, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: _____

GARO GHAZARIAN
Attorney for Defendant Madjarian

DATED: _____

THOMAS V. JOHNSTON
Attorney for Defendant Zadikian

DATED: 9/16/08

MARK ROSENBUSH
Attorney for Defendant Ter Mkrtichyan

DATED: _____

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 3, 2008

MAXINE M. CHESNEY
United States District Judge

3