```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
SARKIS MADJARIAN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00307 MMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ~~PROPOSED~~ ORDER |
| | ) | |
| SARKIS MADJARIAN, et al. | ) | |
| Defendants. | ) | |
| | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Initial Appearance for defendants SARKIS MADJARIAN, ARTASHES TER MKRITICHYAN and SERGE ZADIKIAN, in the matter of <u>United States v. Madjarian, et al.</u>, Case No. 08-00307 MMC, be scheduled on November 5, 2008, at 1:30 p.m.

Dated: ___November 3, 2008___

_____
United States Duty Magistrate Judge

1