1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

4 | KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-6940

7 | Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 08-00307 MMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 5, 2008, TO DECEMBER 12, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| SARKIS MADJARIAN, ARTASHES TER MKRTICHYAN, and SERGE ZADIKIAN, | ) | |
| Defendants. | ) | |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from November 5, 2008, through December 12, 2008, for the continuity of defense counsel, under 18 U.S.C. § 3161(h)(8)(A).

The parties agree, and the Court finds and holds, as follows:

1. The defendants are out of custody.

2. The defendants agree to an exclusion of time under the Speedy Trial Act from November 5, 2008, through December 12, 2008, based upon the need for continuity of defense

counsel because counsel for defendant Ter Mkrtichyan will be unavailable during the time period to be excluded.

3. Counsel for the defense believes that the exclusion of time is in their clients' best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 5, 2008, through December 12, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendants, the Court orders that the period from November 5, 2008, through December 12, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:___12/10/08_____                 _____/s/_____
                                          GARO GHAZARIAN
                                          Attorney for Defendant Madjarian

DATED:___12/10/08_____                 _____/s/_____
                                          THOMAS V. JOHNSTON
                                          Attorney for Defendant Zadikian

DATED:____12/11/08_____                  _____/s/_____
                                          MARK ROSENBUSH
                                          Attorney for Defendant Ter Mkrtichyan

DATED:___12/11/08_____                 _____/s/_____
                                          KIRSTIN M. AULT
                                          Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                    _____
                                          MAXINE M. CHESNEY
                                          United States District Judge

2

1 | counsel because counsel for defendant Ter Mkrtichyan will be unavailable during the time period
2 | to be excluded.
3 |     3. Counsel for the defense believes that the exclusion of time is in their clients' best
4 | interest.
5 |     4. Given these circumstances, the Court finds that the ends of justice served by excluding
6 | the period from November 5, 2008, through December 12, 2008, outweigh the best interest of
7 | the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
8 |     5. Accordingly, and with the consent of the defendants, the Court orders that the period
9 | from November 5, 2008, through December 12, 2008, shall be excluded from Speedy Trial Act
10 | calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 12/10/08

GARO GHAZARIAN
Attorney for Defendant Madjarian

DATED: 12-10-08

THOMAS V. JOHNSTON
Attorney for Defendant Zadikian

DATED: 2/11/08

MARK ROSENBUSH
Attorney for Defendant Ter Mkrtichyan

DATED: 12/11/08

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 16, 2008

MAXINE M. CHESNEY
United States District Judge

2.