IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0307 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SARKIS MADJARIAN, et al., | |
| Defendants.                                      / | |

The Court is in receipt of plaintiff's Ex Parte Emergency Motion to Stay Compliance with Defendant's Rule 17(c) Subpoena, filed March 30, 2009. Good cause appearing therefor, defendant Artashes Ter Mkrtichyan is hereby ORDERED TO SHOW CAUSE, in writing and no later than Tuesday, March 31, 2009 at 2:00 p.m., why the relief requested therein should not be granted.

**IT IS SO ORDERED.**

Dated: March 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge