JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6940
   Facsimile: (415) 436-7234
   E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SARKIS MADJARIAN, ) <br> ARTASHES TER MKRTICHYAN, and ) <br> SERGE ZADIKIAN, ) <br> ) <br> Defendants. ) <br> _____ ) | No.   CR 08-00307 MMC <br><br> UNITED STATES' MOTION TO SCHEDULE HEARING ON DEFENDANTS' MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAP ON GROUNDS OF TAINT |

     The United States hereby moves for an order setting a hearing date on the defendants' Motion to Suppress Fruits of Illegal Wiretap on Grounds of Taint at the earliest date that is convenient for the Court. This Motion is supported by the Declaration of Kirstin M. Ault (Decl.), which is attached hereto as Exhibit A.

     The matter was originally set for hearing on June 17, 2009, at 2:30 p.m. However, counsel for defendants Madjarian and Zadikian, who were traveling from Los Angeles, were unable to appear before approximately 4:30 p.m. due to the cancellation of their scheduled flight. Decl. ¶ 2. As a result, the Courtroom Deputy took the matter off calendar. *Id*. ¶ 3.

Counsel for the United States has consulted with counsel for the defendants regarding the next date on which the parties are available to appear on this matter. *Id*. ¶ 4. All counsel are available for a hearing on any Wednesday in July, with the exception of counsel for defendant Madjarian. *Id*. ¶¶ 5-7.

Counsel for defendant Madjarian has represented that he is unavailable on any day until July 24, 2009, due to his trial schedule. *Id*. ¶ 7. Counsel for defendant Madjarian has stated that he has two trials set, with pre-trial hearings in the first trial scheduled to begin on June 18, 2009. *Id*. Counsel for defendant Madjarian has represented that he believes at this time that both of his trials will be conducted every day between now and the conclusion of his second trial. *Id*. Counsel for defendant Madjarian has also stated that he does not wish to appear telephonically. *Id*.

Due to the unavailability of counsel for defendant Madjarian, the earliest date on which all parties can be present before the Court is Friday, July 24, 2009. According to their representations, all parties are also available on Wednesday, July 29, 2009.

Counsel for the United States objets to the continuance of the matter for six weeks as a result of conflicts in defense counsels' schedules. This matter has been repeatedly continued due to the unavailability of defense counsel because of their commitments in other cases. The defendants, the United States, and the public have a right to a speedy trial. Therefore, the United States respectfully requests that the Court set this matter for hearing at the earliest convenient date and order that counsel for defendant Madjarian make arrangements to be present or to otherwise have his client represented.

The United States believes that the time between the scheduled hearing date of June 17, 2009, and the new date set by the Court should be excluded under the Speedy Trial Act due to the unavailability of counsel for defendant Madjarian. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: June 22, 2009                                    Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney


                                                        /s/
                                                        _____
                                                        KIRSTIN M. AULT
                                                        Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>SARKIS MADJARIAN,  )<br>ARTASHES TER MKRTICHYAN, and  )<br>SERGE ZADIKIAN,  )<br>  )<br>    Defendants.  )<br>_____ ) | No.   CR 08-00307 MMC<br><br><br>[Proposed] ORDER |

The hearing on defendants' Motion to Suppress Fruits of Illegal Wiretap on Grounds of Taint is continued to _____. All counsel are ordered to be present or to make other arrangements for their clients to be represented.

The time between today's date and the new hearing date is excluded from the time computed under the Speedy Trial Act due to the unavailability of counsel for defendant Madjarian during the intervening time and the need for defendant Madjarian to have continuity of counsel. The Court finds that the ends of justice served by excluding this time outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

_____
HON. MAXINE M. CHESNEY
United States District Court Judge

3