UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 08-00307 MMC |
| Plaintiff, | ) | |
| v. | ) | [Proposed] ORDER SETTING HEARING |
| SARKIS MADJARIAN, ARTASHES TER MKRTICHYAN, and SERGE ZADIKIAN, | ) ) ) | |
| Defendants. | ) | |

The hearing on defendants' Motion to Suppress Fruits of Illegal Wiretap on Grounds of Taint is continued to July 29, 2009 at 2:30 p.m.  All counsel are ordered to be present or to make other arrangements for their clients to be represented.

The time between today's date and the new hearing date is excluded from the time computed under the Speedy Trial Act due to the unavailability of counsel for defendant Madjarian during the intervening time and the need for defendant Madjarian to have continuity of counsel. The Court finds that the ends of justice served by excluding this time outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated: June 29, 2009

_____
HON. MAXINE M. CHESNEY
United States District Court Judge

3