1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 437-7234
       E-mail: kirstin.ault@usdoj.gov
8

9  Attorneys for United States

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )   No.  08-00307 MMC
                                        )
14       Plaintiff,                     )   UNITED STATES' UNOPPOSED MOTION TO
                                        )   FILE ITS OPPOSITION TO DEFENDANTS'
15    v.                                )   MOTION TO SUPPRESS EVIDENCE ONE
                                        )   DAY LATE, AND [PROPOSED] ORDER
16 SARKIS MADJARIAN,                    )
   ARTASHES TER MKRTICHYAN, and         )
17 SERGE ZADIKIAN,                      )
                                        )
18       Defendants.                    )
                                        )
19 _____ )

20      The United States' opposition to the defendants' suppression motion is due on November

21 4, 2009.  For the reasons set forth in the attached declaration of counsel, the United States

22 requests leave of the Court to file its opposition brief one day late, on November 5, 2009.

23 Counsel for the defendants do not object to this request.

24 DATED: November 4, 2009            Respectfully submitted,

25                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
26

27                                    _____/s/_____
                                      KIRSTIN M. AULT
28                                    Assistant United States Attorney

**ORDER**

Based upon the motion of the government and accompanying declaration of counsel, and for good cause shown, IT IS HEREBY ORDERED that the government's Opposition to the Defendants' Motion to Suppress Evidence may be filed one day late, on November 5, 2009.

DATED: November 4, 2009

MAXINE M. CHESNEY
United States District Court Judge