1  Thomas V. Johnston, Esq.
   California State Bar No. 82019
2  15915 Ventura Blvd., Suite 301
   Encino, CA 91436
3  Telephone: (818) 905-5454
   Facsimile: (818) 986-1330
4  E-mail: tvjesq@aol.com

5  Attorney for Defendant
   SERGE ZADIKIAN
6
                    UNITED STATES DISTRICT COURT
7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED SATES OF AMERICA,        )    Case No. CR-08-00307-MMC
                                   )
10            Plaintiff,           )
                                   )
11     vs.                         )    [~~PROPOSED~~] ORDER
                                   )
12 SERGE ZADIKIAN, et al.          )
                                   )
13            Defendants.          )
   _____ )
14

15     GOOD CAUSE HAVING BEEN SHOWN,

16     IT IS HEREBY ORDERED that the hearing in the matter of <u>United States v. Serge
   Zadikian, et al.</u>, case No CR 08-00307-MMC, currently scheduled on February 5, 2010 at 2:00
17
   p.m. shall be continued to ~~April 16, 2010 at 2:00 p.m.~~ April 23, 2010 at 2:00 p.m.
18

19

20 Dated: February 2, 2010

21                                                  _____
                                                    HONORABLE MAXINE M. CHESNEY
22                                                  UNITED STATES DISTRICT COURT JUDGE

23

24

25

-1-