GARO B. GHAZARIAN, ESQ.
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481
E-mail: gbglaw@sbcglobal.net

Attorney for Defendant
SARKIS MADJARIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SATES OF AMERICA, ) | Case No. CR-08-00307-MMC |
| Plaintiff, ) | |
| vs. ) | [PROPOSED] ORDER |
| ) | CONTINUING HEARING |
| SARKIS MADJARIAN, et al. ) | |
| Defendants. ) | |
| _____ ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in the matter of United States v. Sarkis Madjarian, et al., case No CR 08-00307-MMC, currently scheduled on April 23, 2010 at 2:00 p.m. be continued to May _14_, 2010 at 2:00 p.m.

Dated: __April 21, 2010__

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

-1-