**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                      No. CR 08-0307 MMC
12                         Plaintiff,               **ORDER DENYING DEFENDANT
                                                    MADJARIAN'S MOTION TO CONTINUE
           v.                                       POST-HEARING ARGUMENT;
13                                                  AFFORDING DEFENDANT
     SARKIS MADJARIAN,                              OPPORTUNITY TO PROPOSE
14   ARTASHES TER MKRTICHYAN, and                   ALTERNATIVE DATE**
     SERGE ZADIKIAN,
15
                           Defendants.
16   _____/
17
18           Before the Court is defendant Sarkis Madjarian's Motion to Continue Post-Hearing

19   Argument, filed August 2, 2010, by which said defendant seeks to continue from

20   September 10, 2010 to September 17, 2010 the final arguments on defendants' motion to

21   suppress.  Plaintiff United States has filed opposition.  Having read and considered the

     parties' respective submissions, the Court hereby rules as follows.
22
             The instant motion for a continuance is based on defendant Madjarian's counsel's
23
     request to attend a wedding on September 11, 2010 in the state of New York.  As counsel
24
     for both parties note, however, the September 10 date was selected months ago at the
25
     request of defendant Madjarian's counsel in order to allow said counsel to attend a wedding
26
     in Europe in August.  Further, counsel for the United States opposes the proposed
27
     September 17 hearing date in light of a trial she is scheduled to begin the following Monday
28
     and opposes a continuance to a later date on the ground the motion has been pending for

1    a considerable period of time, primarily at the request of the defendants.

2            Under the circumstances, the Court declines to continue the hearing to

3    September 17, 2010 or to a date thereafter.  If all parties are available on an earlier date in

4    either the week of September 6 or September 13, 2010, however, the Court will consider a

5    proposal to move the hearing to such date.

6            Accordingly, the Motion to Continue is hereby DENIED, without prejudice to

7    defendant Madjarian's filing a stipulation or new motion proposing an alternative date for

8    the hearing in question.

9            **IT IS SO ORDERED.**

10

11   Dated: August 5, 2010

12                                                    MAXINE M. CHESNEY
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28