HARLAND W. BRAUN, ESQ.
1880 Century Park East, Suite 710
Los Angeles, California 90067-1608
Telephone: (310) 277-4777
Facsimile: (310) 277-4045
State Bar No. 41842
E-mail: Harland@Braunlaw.com

Attorney for Defendant
SARKIS MADJARIAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. CR-08-0307-MMC |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| SARKIS MADJARIAN ARTASHES TER MKRTICHYAN, and SERGE ZADIKIAN, | |
| Defendants. | |

GOOD CAUSE APPEARING, the oral argument scheduled for September 10, 2010, at 1:30 p.m., is hereby advanced to September 3, 2010, at 1:30 p.m.

IT IS SO ORDERED.

DATE: August 13, 2010

_____
MAXINE M. CHESNEY
JUDGE OF THE U.S. DISTRICT COURT

[~~Proposed~~] Order