1    MELINDA HAAG (CABN 132612)
     United States Attorney

2

3    MIRANDA KANE (CABN 150630)
     Chief, Criminal Division

4    KIRSTIN M. AULT (CABN 206052)
     NATALIE K. WIGHT (ORBN 35576)

5    Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495

7        Telephone: (415) 436-7200
         Facsimile: (415) 436-7234

8        Email: kirstin.ault@usdoj.gov
                natalie.wight@usdoj.gov

9

10   Attorneys for United States of America

11
                     UNITED STATES DISTRICT COURT

12
                   NORTHERN DISTRICT OF CALIFORNIA

13
                       SAN FRANCISCO DIVISION

14

15

16   UNITED STATES OF AMERICA,              )      No. CR 08-00307 MMC
                                            )
17           Plaintiff,                     )
                                            )
     v.                                     )
18                                          )
     SARKIS MADJARIAN,                      )      UNITED STATES' APPLICATION TO SEAL
19   ARTASHES TER MKRTICHYAN, and           )      MOTION FOR ISSUANCE OF SUBPOENAS
     SERGE ZADIKIAN,                        )      DUCES TECUM AND [PROPOSED] ORDER
20                                          )
             Defendants.                    )      UNDER SEAL
21                                          )
                                            )
22

23

24

25

26

27

28

## SEALING APPLICATION

The United States respectfully requests that the Court enter the proposed Sealing Order set forth below, requiring that the Clerk of the Court file and maintain under seal the United States' Notice and Motion for Issuance of Subpoenas Duces Tecum Pursuant to FRCP Rule 17(c), the Declaration of Special Agent Denise E. Biehn, and this Sealing Order. As set forth in the Declaration of Federal Bureau of Investigation Special Agent Denise E. Biehn, filed in support of the Motion for Issuance of the Subpoenas Duces Tecum submitted herewith, the subpoenas contain personal victim account information that cannot be disclosed to the public.

The United States further requests that employees of the United States Attorney's Office be permitted to obtain copies of the sealed documents for use in the sentencing proceedings.

Accordingly, the United States respectfully requests that the United States' Motion for Issuance of Subpoena Duces Tecum, the supporting Declaration of Denise E. Biehn, and this Sealing Application and Order, be sealed until further order of the Court.

Respectfully submitted,

DATED: January 26, 2011

MELINDA HAAG
United States Attorney

_____/s_____
NATALIE K. WIGHT
Assistant United States Attorney

## SEALING ORDER

Based upon the above Application, and for good cause shown, IT IS HEREBY
ORDERED that the United States' Notice and Motion for Issuance of Subpoenas Duces Tecum, Proposed Order for Issuance of Subpoenas Duces Tecum, exhibits to and the Court's Order for Issuance of Subpoenas Duces Tecum the Declaration of Denise E. Biehn, and this Sealing Order shall be sealed until further order of the Court; except that copies of the documents may be provided to employees of the United States Attorney's Office for use in the sentencing proceedings. The Declaration of Denise E. Biehn, without the attached exhibits, and all other documents submitted with the Application and not discussed above shall be filed in the public record, in accordance with Civil Local Rule 79-5.

DATED:  January 31, 2011

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

APP. FOR SEALING ORDER; SEALING ORDER
(UNDER SEAL)