IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARKIS MADJARIAN,<br>    Petitioner<br><br>  v.<br><br>LAURA BEDARD,<br>    Warden, Eden Correctional Institute,<br>    Respondent;<br><br>UNITED STATES,<br>    Real Party in Interest.<br>_____/ | No. CR 08-0307 MMC<br><br>**ORDER DIRECTING DEFENDANT MADJARIAN TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH LOCAL RULES OF THIS DISTRICT** |

On September 2, 2014, petitioner Sarkis Madjarian electronically filed "Exhibits to Petition for Writ of Habeas Corpus." Defendant has violated the Local Rules of this District, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Crim. L.R. 2-4 ("[A]n extra copy of any document filed in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. . . . 5-1(e)(7)").

Defendant is hereby ORDERED to comply with the Local Rules of this District by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if he fails in the future to comply with the Local Rules requiring him to provide a chambers copy of electronically-filed documents, the Court may impose

sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 11, 2014

MAXINE M. CHESNEY
United States District Judge