GARO B. GHAZARIAN, ESQ.
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481
Email: gbglaw@sbcglobal.net

HARLAND BRAUN, ESQ.
State Bar No. 41842
1880 Century Park East, Suite 710
Los Angeles, California 90067
Tel: (310)277-4777
Fax: (310)277-4045
Email: Harland@braunlaw.com

Attorneys for Defendant
SARKIS MADJARIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0307 MMC |
|     Plaintiff/Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] ORDER |
| SARKIS MADJARIAN, | ) | |
|     Defendant/Petitioner. | ) | |
| | ) | |

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that Defendant's Reply to the Government's Response filed under seal on September 29, 2014, shall be filed no later than November 12, 2014.


Dated:  October 28, 2014                              _____
                                                     HONORABLE MAXINE M. CHESNEY
                                                     UNITED DISTRICT DISTRICT JUDGE