**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                   No. CR 08-0307 MMC
             Plaintiff,

12                                               **ORDER AFFORDING GOVERNMENT**
       v.                                        **LEAVE TO FILE SUPPLEMENTAL**
13                                               **DECLARATION(S)**

14   SARKIS MADJARIAN,
             Defendant.

15   _____/

16

17        Before the Court is the "Petition for Writ of Habeas Corpus," filed July 28, 2014, by

18   defendant Sarkis Madjarian ("Madjarian") pursuant to 28 U.S.C. § 2255.  The government

19   has filed opposition, to which Madjarian has replied.  Having read and considered the

20   papers filed in support of and in opposition to the motion, the Court hereby rules as follows.

21        In his motion, Madjarian asserts that, contrary to the government's opposition to his

22   pretrial motion to suppress, the FBI, without probable cause, "tracked [him] by tracking his

23   GPS coordinates through his cell phone" (Mot. ¶ 33).  In support thereof, Madjarian points

24   to part of a Department of Justice ("DOJ") response to a Freedom of Information Act

25   ("FOIA") request for "applications granted by judges . . . to permit the government to obtain

26   cell phone location data from telecommunications companies, where the judge did not

27   make a determination of probable cause" (see Reply at 4:6-9); the part in question was

28   based on a list of case names and numbers provided by the U.S. Attorney's Office for the
     Northern District of California, wherein the above-titled case was listed.

1       In opposition, the government asserts it provided the above-titled case to the DOJ

2   based on an application for a pen register, that the pen register was for another individual's

3   phone, that such application was previously disclosed to Madjarian prior to his guilty plea,

4   and that it was not for "any 'tracking' of Madjarian's telephone" (Opp'n at 5:17-19).  The

5   government, however, has not provided any declaration from the person(s) who responded

6   to the DOJ on behalf of the Northern District.

7       Before ruling on the motion, the Court will afford the government an opportunity to

8   file a supplement to its opposition, consisting of one or more declarations based on

9   personal knowledge and setting forth the reason(s) for the inclusion of the above-titled case

10  on the list.

11      Any such supplemental submission shall be filed no later than January 14, 2015.

12  Defendant shall file a supplemental reply no later than January 28, 2015.

13      **IT IS SO ORDERED.**

14

15  Dated: December 16, 2014

16                                                           MAXINE M. CHESNEY
                                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2